# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Stuart R. Schwartz <br> *Plaintiff* <br> v. <br> Defendants are listed on Exhibit A attached hereto <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 8:17-cv-2858-T-36AAS |

## WAIVER OF THE SERVICE OF SUMMONS

To: Stuart R. Schwartz
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____01/11/2018_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 2/10/18

Bank of America Corporation
*Printed name of party waiving service of summons*
Corporate Benefits Committee
as Plan Administrator

_____
*Signature of the attorney or unrepresented party*

ADAM MEEHAN
*Printed name*

320 E. Towsontown Blvd. Suite 1.E. Baltimore MD 21286
*Address*

ameehan@smithdowney.com
*E-mail address*

410-321-9347
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STUART R. SCHWARTZ,
    Plaintiff

v.                                                  Civil Case No. 8:17-cv-2858-T-36AAS

THE BANK OF AMERICA PENSION
PLAN FOR LEGACY COMPANIES –
FLEET; BANK OF AMERICA
CORPORATION; BANK OF AMERICA
CORPORATION CORPORATE
BENEFITS COMMITTEE AS PLAN
ADMINISTRATOR; AND BANK OF
AMERICA, N.A., AS TRUSTEE,
    Defendants

**EXHIBIT A ATTACHED TO AND MADE A PART OF THE WAIVER OF THE SERVICE OF SUMMONS RELATING TO THE ABOVE CAPTIONED CIVIL CASE NO. 8:17-cv-2858-T-36AAS**

The Defendants in the above captioned Complaint and Demand for Jury Trial are:
THE BANK OF AMERICA PENSION PLAN FOR LEGACY COMPANIES – FLEET;
BANK OF AMERICA CORPORATION;
BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE AS PLAN ADMINISTRATOR; AND
BANK OF AMERICA, N.A., AS TRUSTEE,

Dated: January 11, 2018        Respectfully submitted,

JURY DEMAND                      By: _/s/ Stuart R. Schwartz_
                                                Stuart R. Schwartz, pro se
                                                7529 Harrington Lane
                                                Bradenton, Florida 34202
                                                (847) 272-7217
                                                Srschwartz99@gmail.com