**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| STUART R. SCHWARTZ, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Civil Action |
| THE BANK OF AMERICA PENSION | ) | No: 8:17-cv-2858-T-36AAA |
| PLAN FOR LEGACY COMPANIES – | ) | |
| FLEET; BANK OF AMERICA | ) | |
| CORPORATION; BANK OF AMERICA | ) | **NOTICE OF APPEARANCE** |
| CORPORATION CORPORATE BENEFITS | ) | |
| COMMITTEE AS PLAN ADMINISTRATOR; | ) | |
| AND BANK OF AMERICA, N.A. AS TRUSTEE, | ) | |
| Defendants | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants

The Bank of America Pension Plan (s/h/a Bank of America Pension Plan For Legacy Companies

– Fleet), Bank of America Corporation Corporate Benefits Committee, Bank of America

Corporation, and Bank of America, N.A. (collectively, "Bank of America") and requests copies

of all notices and other court papers to be served upon Bank of America be served upon the

undersigned at the address listed below.

Dated: March 7, 2018

> ___/s/__*Howard S. Kirkpatrick*_____
> Howard S. Kirkpatrick
> Florida Bar No: 0103549
> Smith & Downey, P.A.
> 3801 PGA Blvd., Suite 600
> Palm Beach Gardens, FL 33410
> Telephone: (561) 337-5391
> Facsimile: (410) 321-6270
> Email:  hkirkpatrick@smithdowney.com
> *Attorneys for Defendant The Bank of America*
> *Pension Plan (s/h/a Bank of America Pension Plan*
> *for Legacy Companies – Fleet), Bank of America*

*Corporation Corporate Benefits Committee, Bank of America Corporation, and Bank of America, N.A.*
3801 PGA Blvd., Suite 600
Palm Beach Gardens, FL 33418
(561) 337-5391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I hereby certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Mr. Stuart R. Schwartz, 7529 Harrington Lane, Bradenton, FL.


*/s/ Howard S. Kirkpatrick*
Howard S. Kirkpatrick