**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**STUART R. SCHWARTZ,**

    **Plaintiff,**

v.

**THE BANK OF AMERICA PENSION PLAN FOR LEGACY COMPANIES – FLEET; BANK OF AMERICA CORPORATION; BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE AS PLAN ADMINISTRATOR; AND BANK OF AMERICA, N.A. as Trustee,**

    **Defendants.**

_____/

Case No.: 8:17-cv-2858-T-36AAS

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

\_\_X\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  March 20, 2018

    /s/  *Howard S. Kirkpatrick*
Howard S. Kirkpatrick, Trial Counsel
Florida Bar No: 0103549
Smith & Downey, P.A.
3801 PGA Blvd., Suite 600
Palm Beach Gardens, FL 33418
Telephone: (561) 337-5391
Facsimile: (410) 321-6270
Email:  hkirkpatrick@smithdowney.com
*Attorneys for Defendant The Bank of America Pension Plan (s/h/a Bank of America Pension Plan for Legacy Companies – Fleet), Bank of America Corporation Corporate Benefits Committee, Bank of America Corporation, and Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I hereby certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Mr. Stuart R. Schwartz, 7529 Harrington Lane, Bradenton, FL 34202

/s/ *Howard S. Kirkpatrick*_____
Howard S. Kirkpatrick